

United States District Court
Eastern District of California

LUIS NAVARRO MARTINEZ,

Plaintiff(s)

V.

CHRIS CHESNUT, TODD LYONS, KRISTI NC

Defendant(s)

Case Number:    1:26-cv-02222-KES-EGC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Edgar Loy Fankbonner _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Luis Navarro Martinez

On _____ July 28, 2011 _____ (date), I was admitted to practice and presently in good standing in the United States District Court for the Southern D (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____ 03/19/2026 _____    Signature of Applicant: /s/ Edgar Loy Fankbonner _____

**Pro Hac Vice Attorney**

Applicant's Name: Edgar Loy Fankbonner

Law Firm Name: Law Office of Edgar Loy Fankbonner, P.C.

Address: 1120 Ave. of the Americas

Suite 4149

City: New York   State: New York   Zip: 10036

Phone Number w/Area Code: (212) 871-1810

City and State of Residence: New York, New York

Primary E-mail Address: attorney@edgarloy.com

Secondary E-mail Address: fankbonner@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Scott A. Emerick

Law Firm Name: Bolour / Carl Immigration Group

Address: 5169 W Washington Blvd.

City: Los Angeles   State: California   Zip: 90016

Phone Number w/Area Code: (323) 857-0034   Bar # 299393

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 8, 2026

_Erin Suy Castllo_

JUDGE, U.S. DISTRICT COURT